UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO.: 2:21-CR-21-JTM-JEM |
| ) | |
| JILL JUSTICE, ) | |
|     Defendant. ) | |

**FINDINGS AND RECOMMENDATIONS
OF THE MAGISTRATE JUDGE
UPON A RULE 32.1(b)(2) PROBATION REVOCATION HEARING**

TO: THE HONORABLE JAMES T. MOODY,
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF INDIANA

On February 5, 2026, the United States Government appeared by counsel Assistant United States Attorney David Nozick, and Defendant Jill Justice appeared in person and by counsel Susan Severtson. A United States Probation Officer also appeared. The Rule 32.1(b)(2) probation revocation hearing was held. The Court received evidence and comments.

Based upon the record of proceedings the Court makes this Report and Recommendation.

On February 22, 2021, Defendant Jill Justice pled guilty to the crime charged in the Information (possession with intent to distribute Methamphetamine) and Judge James T. Moody sentenced her to a term of five years of probation subject to specified terms and conditions.

On May 29, 2025, the Government filed a petition alleging that Defendant violated the terms and conditions of her probation [DE 44] and an arrest warrant was issued. On September 18, 2025, an Initial Appearance was held. On September 22, 2025, a bond revocation hearing was held, and Defendant Justice's bond was revoked. On January 19, 2026, Defendant filed a motion for hearing.

1

On January 20, 2026, Judge James Moody issued an Order referring this case to the undersigned Magistrate Judge to conduct the Rule 32.1(b)(2) probation revocation hearing, to recommend modification, revocation, or termination of the bond in this case, and to submit proposed findings and recommendations pursuant to 18 U.S.C. § 3401(i), 28 U.S.C. § 636(b)(1)(B), and Northern District of Indiana Local Rule 72-1.

As a result of the February 5, 2026, Rule 32.1(b)(2) probation revocation hearing, the undersigned Magistrate Judge **FINDS** that:

1. Defendant Justice has been advised of her right to remain silent, her right to counsel, her right to be advised of the charges against her, her right to a contested Rule 32.1(b)(2) probation revocation hearing, and her rights in connection with such a hearing;

2. Defendant Justice understands the proceedings, allegations and her rights;

3. Defendant Justice knowingly and voluntarily admitted that she committed the criminal offense of continuing to use methamphetamine.

4. This violation is a Grade C violation and the suggested penalty range for a grade C violation is a reimposition of up to a 20 year sentence and supervised release of up to 36 months.

The undersigned Magistrate Judge **RECOMMENDS** to Judge James Moody that:

1. Defendant Justice be adjudged to have committed the violation of her probation as described in the May 29, 2025 Petition [DE 44];

2. The Probation Revocation Agreement [DE 59] be accepted; and

3. Defendant Justice be sentenced to a term of time served, and no further probation to follow.

The parties agreed to waive any objections to these Findings and Recommendation.

SO ORDERED this 5th day of February, 2026.

s/ John E. Martin  
MAGISTRATE JUDGE JOHN E. MARTIN  
UNITED STATES DISTRICT COURT

cc: All counsel of record  
District Judge James Moody