UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:21 CR 21 |
| | ) | |
| JILL JUSTICE | ) | |

## O R D E R

Because the parties have waived objections to the Report and Recommendation issued by Magistrate Judge John E. Martin (DE # 61), Magistrate Judge Martin's findings and recommendations are now **ADOPTED** and the court finds:

(1) defendant knowingly, freely, voluntarily, and intentionally entered into the Probation Revocation Agreement (DE # 59); and

(2) defendant knowingly, freely, voluntarily, and intentionally waived her right to a probation revocation hearing.

Defendant is now **ADJUDGED** to have committed the violations of probation described in the Probation Revocation Agreement. (DE # 59.) Defendant's term of probation is **REVOKED** and the court imposes an incarceration sentence of time served, with no term of probation or supervision to follow.

**SO ORDERED.**

Date: February 5, 2026

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT